**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1395**

KEVIN C. KLIK,

                    Plaintiff – Appellant,

          v.

VERIZON VIRGINIA, INC., a/k/a VERIZON VA; VERIZON SERVICES
CORP.,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.  Norman K. Moon, Senior
District Judge.  (6:15-cv-00002-NKM-JCH)

Submitted:  September 29, 2016        Decided:  October 12, 2016

Before WILKINSON, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin E. Williams, MEL WILLIAMS PLC, Roanoke, Virginia, for
Appellant.   Betty S.W. Graumlich, REED SMITH LLP, Richmond,
Virginia; Kim M. Watterson, REED SMITH LLP, Pittsburgh,
Pennsylvania, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin C. Klik appeals the district court's order granting Defendants' summary judgment motion and denying Klik's summary judgment motion on Klik's disability discrimination claims, brought pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 to 12213 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Klik v. Verizon Va., Inc., No. 6:15-cv-00002-NKM-JCH (W.D. Va. Mar. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED